**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 30, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00577-CV

### SAMAH ABU-MAHMEED, Appellant

### V.

### ABDULNASSIR TAMIMI, Appellee

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2011-40720**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed March 19, 2012. On October 16, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.